


ENTERED
04/19/2010

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re: § Case No. 87-00035
§
§
§
§
Debtor(s). § #116

### Order for Payment of Unclaimed Funds

Upon the application of __DEER PARK ISD__,

seeking payment of $__6,186.46__ representing funds previously unclaimed by

__DEER PARK ISD__

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that __DEER PARK ISD__ is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $__6,186.46__ to:

TEMPIE SERVICES AND DEER PARK ISD
P.O. BOX 36198
HOUSTON, TX 77236

Signed this ___ day of __APR 1 9 2010__, ____.

_____
United States Bankruptcy Judge